| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Summerlin Energy Las Vegas, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 16-10781-mkn |

☒ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☒ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/24/2016    X _[signature]_
Signature of individual signing on behalf of debtor

**Brendon Bankey**
Printed name

**Responsible Person**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Summerlin Energy Las Vegas, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): **16-10781-mkn**

☒ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant Sales Agreement, ACH Agreement dated 10/14/2015** | |
| | State the term remaining | | **Happy Rock Merchant Solutions** <br> **Attn: Managing Member** <br> **149 W. 36th Street, 12th Floor** <br> **New York, NY 10018** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment of Receivables dated July 22, 2015** | |
| | State the term remaining | | **Happy Rock Merchant Solutions** <br> **Attn: Managing Member** <br> **149 W. 36th Street, 12th Floor** <br> **New York, NY 10018** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment of Receiveables dated October 14, 2015** | |
| | State the term remaining | | **Happy Rock Merchant Solutions** <br> **Attn: Managing Member** <br> **149 W. 36th Street, 12th Floor** <br> **New York, NY 10018** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant Sales Agreement, ACH Agreement dated October 14, 2015** | |
| | State the term remaining | | **Happy Rock Merchant Solutions** <br> **Attn: Managing Member** <br> **149 W. 36th Street, 12th Floor** <br> **New York, NY 10018** |
| | List the contract number of any government contract | | |

Debtor 1  **Summerlin Energy Las Vegas, LLC**
          First Name    Middle Name    Last Name

Case number (*if known*)  **16-10781-mkn**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial lease for premises located at 3399 W. Oquendo Rd., Las Vegas NV  89118 Keys returned** | **Thomas K. Kurian**<br>**Vegas Wireless LLC**<br>**11392 Vernazza Court**<br>**Las Vegas, NV 89138** |

**Fill in this information to identify the case:**

Debtor name: **Summerlin Energy Las Vegas, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): 16-10781-mkn

☒ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Alex Bankey** | 8305 Fullmoon Maple Ave. Las Vegas, NV 89117 (Disputed) | **Yellowstone Capital, LLC** | ☒ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Estate of Henry Bankey (Deceased)** | c/o Brendon Bankey, Executor 8305 Fullmoon Maple Ave. Las Vegas, NV 89117 | **Yellowstone Capital, LLC** | ☒ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Marisa Bankey** | 8305 Fullmoon Maple Ave. Las Vegas, NV 89117 | **Yellowstone Capital, LLC** | ☒ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Summerlin Capital Group LLC** | 3399 W. Oquendo Rd. Las Vegas, NV 89118 | **Yellowstone Capital, LLC** | ☒ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **Summerlin Energy, LLC** | 3399 W. Oquendo Rd. Las Vegas, NV 89118 | **Yellowstone Capital, LLC** | ☒ D  2.2<br>☐ E/F ____<br>☐ G ____ |

| Debtor | Summerlin Energy Las Vegas, LLC | Case number *(if known)* | 16-10781-mkn |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Estate of Henry Bankey (Deceased)** | c/o Brendon Bankey, Executor<br>8305 Fullmoon Maple Ave.<br>Las Vegas, NV 89117 | **Happy Rock Merchant Solutions** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.1** |
| 2.7 | **Estate of Henry Bankey (Deceased)** | c/o Brendon Bankey, Executor<br>8305 Fullmoon Maple Ave.<br>Las Vegas, NV 89117 | **Happy Rock Merchant Solutions** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.4** |
| 2.8 | **Marisa C. Bankey** | 8305 Fullmoon Maple Ave.<br>Las Vegas, NV 89117 | **Happy Rock Merchant Solutions** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.1** |
| 2.9 | **Marisa C. Bankey** | 8305 Fullmoon Maple Ave.<br>Las Vegas, NV 89117 | **Happy Rock Merchant Solutions** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.4** |
| 2.10 | **Summerlin Capital Group LLC** | 3399 W. Oquendo Rd.<br>Las Vegas, NV 89118 | **Happy Rock Merchant Solutions** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.4** |
| 2.11 | **Summerlin Capital Group, LLC** | 3399 W. Oquendo Rd.<br>Las Vegas, NV 89118 | **Happy Rock Merchant Solutions** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.1** |
| 2.12 | **Summerlin Energy, LLC** | 3399 W. Oquendo Rd.<br>Las Vegas, NV 89118 | **Happy Rock Merchant Solutions** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.1** |
| 2.13 | **Summerlin Energy, LLC** | 3399 W. Oquendo Rd.<br>Las Vegas, NV 89118 | **Happy Rock Merchant Solutions** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.2** |

| Debtor | **Summerlin Energy Las Vegas, LLC** | Case number *(if known)* | **16-10781-mkn** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | **Summerlin Energy, LLC**  3399 W. Oquendo Rd.  Las Vegas, NV 89118 | **Happy Rock Merchant Solutions** | ☐ D _____  ☐ E/F _____  ■ G  **2.3** |
| 2.15 | **Summerlin Energy, LLC**  3399 W. Oquendo Rd.  Las Vegas, NV 89118 | **Happy Rock Merchant Solutions** | ☐ D _____  ☐ E/F _____  ■ G  **2.4** |