**To:** tara.meierkord@svesupply.com; mzirzow@lzlawnv.com
**Subject:** Lien of 7556 Tasty Ct Las Vegas, NV 89149

Sun Valley Electric Supply has a contract with Summerlin Energy, and provided solar panels under that agreement that were intended for my home. I never received the panels or had any installation on my home.

Summerlin Energy filed bankruptcy on February 22, 2016, in Nevada, case 16-10781-MKN.

I do not have possession of the panels and never did have possession.

Sun Valley Electric Supply needs to exercise its reclamation rights under state law and bankruptcy law in the Summerlin Energy bankruptcy to recover the panels.

CC:  Bankruptcy Clerk's Office
     300 Las Vegas Blvd South
     Las Vegas, NV 89101
     Case 16-10781-MKN

     Matthew C Zirzow
     810 S Casino Center Blvd #101
     Las Vegas, NV 89101

*Donald E Sparkman* (signature)
Donald E Sparkman
7556 Tasty Ct
Las Vegas, NV 89149

RECEIVED AND FILED
2016 MAR 1 PM 12 59
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

The content of this email is private.